JACOB KOENIGS et al., Respondents, *v.* HUGO MILLER et al., Appellants.

Argued November 16, 1954; decided December 31, 1954.

*Samuel E. Swiggett* for appellants.

*Richard J. Relyea, II,* and *Irving Abramson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.